[Civil No. 339.]

R. E. FARRINGTON, Appellant, v. BYRON JACKSON, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa.

C. F. Ainsworth, for Appellee.

January 21, 1892. Affirmed.

---

[Criminal No. 69.]

Ex Parte: In the Matter of J. J. SMITH, Petitioner. Habeas Corpus.

APPEAL from the District Court of the Third Judicial District in and for the County of Yavapai. Application for writ of habeas corpus.

Robert Brown, for Petitioner.

January 30, 1892. Dismissed for want of prosecution.